IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GAYLE BOULAGE, Individually,       )
and as Trustee for The GAYLE L.    )
BOLICH PRIMARY TRUST, dated        )
9/24/94; and, ISABELLE M.          )
BOLICH, Individually, and as       )
Trustee for the ISABELLE M.        )
BOLICH PRIMARY TRUST, dated        )
9/24/94, NASD No.: 06-01668        )
                                   )
              Claimants,           )       8:07CV165
                                   )
        v.                         )
                                   )
AMERICAN GENERAL SECURITIES,       )       ORDER
INC., f/n/a FRANKLIN FINANCIAL     )
SERVICES CORP.,                    )
                                   )
              Respondent.          )
_____)
```

This matter is before the Court on Peter Kiewit Sons, Inc.'s ("Kiewit") objection to subpoena commanding production of documents (Filing No. 4). Kiewit objects to the subpoena on two grounds: (1) that the subpoena is overly broad and unduly burdensome; and (2) that the subpoena includes certain documents which may not be relevant to the action. The Court lacks sufficient information to determine the merits of Kiewit's objection. Accordingly,

IT IS ORDERED:

1) Peter Kiewit Sons, Inc., shall submit a brief to the Court no later than July 6, 2007, identifying the specific documents to which it objects to producing, the basis for the objection, and the legal authorities relied upon.

2) American General Securities, Inc., shall submit its response no later than July 16, 2007.

DATED this 13th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court