IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAYLE BOULAGE,[1] Individually, and as Trustee for The GAYLE L. BOLICH PRIMARY TRUST, dated 9/24/94; and, ISABELLE M. BOLICH, Individually, and as Trustee for the ISABELLE M. BOLICH PRIMARY TRUST, dated 9/24/94, NASD No.: 06-01668, | ) ) ) ) ) ) ) ) ) | |
| Claimants, | ) ) | 8:07CV165 |
| v. | ) ) | |
| AMERICAN GENERAL SECURITIES, INC., f/n/a FRANKLIN FINANCIAL SERVICES CORP., | ) ) ) ) | ORDER |
| Respondent. | ) ) | |

This matter is before the Court on the joint stipulation of the parties (Filing No. 7) which the Court finds resolves Peter Kiewit Sons' objection (Filing No. 4) to a subpoena served by plaintiffs. The Court will approve the stipulation and find the objection should be denied as moot. Accordingly,

IT IS ORDERED that the joint stipulation of the parties is approved; the parties are no longer required to submit briefs in connection with the objection to subpoena commanding

---

[1] The Court notes that "Gayle Bolich" was improperly identified as "Gayle Boulage" in the initial petition for miscellaneous docket (Filing No. 1). The Clerk of Court shall correct their records accordingly.

production of documents (Filing No. 4), and said objection is denied as moot.

DATED this 5th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court