IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GAYLE BOULAGE, Individually, and as Trustee for The GAYLE L. BOLICH PRIMARY TRUST, dated 9/24/94; and, ISABELLE M. BOLICH, Individually, and as Trustee for the ISABELLE M. BOLICH PRIMARY TRUST, dated 9/24/94, NASD No.: 06-01668 | ) ) ) ) ) ) ) ) | |
| Claimants, | ) ) | 8:07CV165 |
| v. | ) ) | |
| AMERICAN GENERAL SECURITIES, INC., f/n/a FRANKLIN FINANCIAL SERVICES CORP., | ) ) ) ) | ORDER |
| Respondent. | ) ) | |

This matter is before the Court on the stipulation and joint motion for dismissal with prejudice (Filing No. 10). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

DATED this 27th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court